**CHARLES J. DeHART III**
STANDING CHAPTER 13 TRUSTEE
8125 ADAMS DRIVE
HUMMELSTOWN PA 17036

TELEPHONE 717-566-6097
FAX 717-566-8313
dehartstaff@pamd13trustee.com

May 5, 2009

Clerk, U.S. Bankruptcy Court

RE: Dennis & Alice D. Hogan
    Bankruptcy Case No. 1-04-02157
    Unclaimed Funds For: Comstar FCU
                            2201A Gateway Ctrdr
                            Clarksburg MD 20871

Dear Clerk:

Enclosed herewith please find check No.740940 for $1,929.99 drawn on the Fulton Bank representing unclaimed funds for a creditor in the above-referenced bankruptcy.

Should you have any questions or concerns regarding this matter, please feel free to contact our office.

                                              Very truly yours,

                                              *Carol A. Kreider*

                                              Carol A. Kreider
                                              Funds Manager

FILED HARRISBURG, PA
2009 MAY -7 AM 7:53
CLERK U.S. BANKRUPTCY COURT